UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THEODORE STEVENS,

Plaintiff,

v.

DUANE WILSON, et al.,

Defendants.

Case No. 2:17-cv-02373-RFB-NJK

ORDER GRANTING MOTION FOR EXTENSION OF TIME

**I. DISCUSSION**

Plaintiff seeks a thirty-day (30) extension of time to file his first amended complaint ("FAC"). (ECF No. 6 at 1). The Court grants the motion for extension of time. Plaintiff must file his FAC on or before Thursday, December 27, 2018. If Plaintiff fails to file a timely FAC, the Court will dismiss this action, with prejudice, for failure to state a claim. (*See* ECF No. 4 at 9).

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that Plaintiff must file his first amended complaint on or before Thursday, December 27, 2018.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file his first amended complaint, the Court will dismiss this action, with prejudice, for failure to state a claim.

DATED this 27th day of November, 2018.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE