1  AARON D. FORD
     Attorney General
2  HENRY H. KIM (Bar No. 14390)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  Email: hkim@ag.nv.gov

7  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Theodore Stevens,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tracey Green, *et al.*,<br><br>　　　　Defendants. | Case No. 2:17-cv-02373-RFB-NJK<br><br>ORDER GRANTING<br>**MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED STIPULATION TO DISMISS** |
|---|---|

　　　Defendant Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Henry H. Kim, Deputy Attorney General, hereby submits this Motion for Extension of Time to Submit Proposed Stipulation to Dismiss. This motion is made and based on the following memorandum of points and authorities, the pleadings and papers on file herein, and any other evidence this Court deems appropriate to consider.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

On February 22, 2019, parties reached a settlement at the Early Mediation Conference. (ECF No. 12). The Court ordered that proposed stipulation to dismiss be submitted by March 25, 2019. (ECF No. 12). On March 4, 2019, the undersigned prepared a proposed settlement agreement and a stipulation to dismiss and forwarded them to Stevens for review and execution. *See* Letter Correspondence to Stevens, attached as **Exhibit A**. To date, Stevens has not returned the settlement agreement or the stipulation to the undersigned.

## II. ARGUMENT

Defendant respectfully requests that this Court grant additional 30 days to submit a proposed stipulation to dismiss so that the undersigned can follow up with Stevens.

## III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court grant an additional 30 days to submit a proposed stipulation to dismiss.

DATED this 25th day of March, 2019.

```
                              AARON D. FORD
                              Attorney General

                              By:   /s/ Henry H. Kim
                                    HENRY H. KIM (Bar No. 14390)
                                    Deputy Attorney General
                                    Attorneys for Defendants
```

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2019

Page **2**