# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THEODORE STEVENS,

    Plaintiff(s),

v.

TRACEY GREEN, *et al.*,

    Defendant(s).

Case No.: 2:17-cv-02373-RFB-NJK

**Order**

[Docket No. 16]

    Pending before the Court is Defendant Brian Williams' motion to extend the time to submit a proposed stipulation to dismiss. Docket No. 16. For good cause shown, the Court **GRANTS** Defendant's motion. The parties must submit a stipulation of dismissal no later than May 27, 2019.

    IT IS SO ORDERED.

    Dated: April 25, 2019

                                                  Nancy J. Koppe
                                                 United States Magistrate Judge