# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS,<br><br>　　Plaintiff(s),<br><br>v.<br><br>TRACEY GREEN, et al.,<br><br>　　Defendant(s). | Case No.: 2:17-cv-02373-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 21] |

Pending before the Court is Plaintiff's "certified question" to the Court and motion to extend the time to respond to Defendants' motion to enforce settlement. Docket No. 21. As to the "certified question," the judges of this Court are not Plaintiff's lawyers and will not give him legal advice. *E.g.*, *Pliler v. Ford*, 542 U.S. 225, 231 (2004) ("judges have no obligation to act as counsel or paralegal to *pro se* litigants"). As such, the "certified question" is **DENIED**. As to the request for extension, that is hereby **GRANTED**. Plaintiff's response to the motion to enforce settlement must be filed by July 10, 2019.

　　IT IS SO ORDERED.

　　Dated: June 26, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1